UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MELISSA MAGERA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br><br>    Defendant. | CV-24-127-M-DLC-KLD<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been met with objection,

IT IS ORDERED:

1. The case is reassigned to the Honorable Dana L. Christensen, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. 636(b)(1)(A), the case is referred to the Honorable Kathleen L. DeSoto, United States Magistrate Judge, for all pretrial, non-dispositive matters.

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 3rd day of October, 2024.

_____
Honorable Dana L. Christensen,
United States District Judge